United States Bankruptcy Court
Northern District of Florida

In re:
David Michael Benham
Deedra Abernethy
     Debtors

Case No. 10-32446-KKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1129-3      User: ldavis      Page 1 of 1      Date Rcvd: Jan 05, 2016
                    Form ID: ntdso     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2016.
db/jdb       +David Michael Benham,    Deedra Abernethy,    535 Vulpes Sanctuary Loop,    Crestview, FL 32536-5442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2016 at the address(es) listed below:
        Joshua D. Donnelly    on behalf of Creditor    BAC HOME LOANS SERVICING, LP donnellyjdd@gmail.com
        Leigh D. Hart    ldhdock@earthlink.net,    ldhtre@earthlink.net;ldhadmin@earthlink.net
        Leigh D. Hart    on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,    ldhtre@earthlink.net;ldhadmin@earthlink.net
        Martin S. Lewis    on behalf of Joint Debtor Deedra  Abernethy landj@4-debtor.com
        Martin S. Lewis    on behalf of Debtor David Michael Benham landj@4-debtor.com
        Michael Sean Brown    on behalf of Creditor    BANK OF AMERICA, N.A. mbrown@marcusmyerslaw.com,    mbrown27@gmail.com
        Steven D. Jurnovoy    on behalf of Debtor David Michael Benham landj@4-debtor.com
        Steven D. Jurnovoy    on behalf of Joint Debtor Deedra  Abernethy landj@4-debtor.com
        Steven Hall Gaddy    on behalf of Creditor    Bank of America, N.A.    FLND.bankruptcy@phelanhallinan.com,    Stefan.Beuge@phelanhallinan.com
        United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                               TOTAL: 10

FORM ntdso (Rev. 08/11)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: David Michael Benham  
    SSN/ITIN: xxx–xx–9653  
    Debtor  
Deedra Abernethy  
    SSN/ITIN: xxx–xx–2904  
    Joint Debtor

Bankruptcy Case No.: 10–32446–KKS

Chapter: 13  
Judge: Karen K. Specie

**CLERK'S NOTICE OF DISCHARGE REQUIREMENTS**
**FOR CHAPTER 11, 12 AND 13 CASES**

Notice is hereby given that one or more of the items listed below may be due from the debtor(s):

**1. Certification that the final plan payment has been made or a hardship discharge has been granted** pursuant to 11 U.S.C. § 1141(d)(5)(B), 1228(b) or 1328(b): Required for cases under chapter 11, 12 and 13. (Local Form 37–11, 37–12 or 37–13)

**2. Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management** pursuant to Fed. R. Bankr. P. 4004(c)(4): Required for cases under chapters 11 and 13. A separate certification is required for each debtor in joint cases. (Official Form B 23 and/or the certificate issued by the provider)

**3. Certification Regarding Domestic Support Obligation** pursuant to 11 U.S.C. § 1228(a) or 1328(a): Required for cases under chapter 12 or 13. Individual certification required for each debtor in joint cases. (Local Form 37–12 or 37–13)

**4. Certification regarding prior discharge** pursuant to 11 U.S.C. § 1328(f): Required for chapter 13 cases. (Local Form 37–13)

**5. Statement of Compliance regarding exemptions** pursuant to 11 U.S.C. § 1141(d)(5)(C), 1228(f), or 1328(h): Required for cases under chapter 11, 12 and 13, as applicable. (Local Form 37–11, 37–12 or 37–13)

The debtor(s) and/or debtor(s)' attorney is/are hereby notified that the applicable statements and/or certifications above must be filed as soon as practicable after completion of all payments under the plan. Failure to file items 1–4, as applicable, may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the certifications and/or statements, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: January 5, 2016

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service by the Court to:  
    All parties in interest