UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA - PENSACOLA DIVISION

IN RE:                                        CASE NO.: 10-32446-KKS
                                                 CHAPTER: 13

David Michael Benham
and
Deedra Abernethy,

      Debtors.
_____/

**NOTICE OF APPEARANCE**
For property located at 535 Vulpes Sanctuary Loop, Crestview, FL 32536

Bank of America, N.A., its successors and/or assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**TODD DROSKY, ESQ.**
**Frenkel Lambert Weiss Weisman & Gordon, LLP**
**One East Broward Boulevard, Suite 1430**
**Fort Lauderdale, FL 33301**

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, Leigh D. Hart, Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this 8th day of January, 2016.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
One East Broward Boulevard, Suite 1430
Fort Lauderdale, FL 33301
Phone: (954) 522-3233 ext. 1639
Fax: (954) 200-7770
tdrosky@flwlaw.com

/s/ Todd Drosky, Esq.
Todd Drosky, Esq.
BAR No. 54811

01-079129-B00

Mailing List

Steven D. Jurnovoy, Esq.
1100 North Palafox Street
Pensacola, FL 32501

Leigh D. Hart
Trustee
P.O. Box 646
Tallahassee, FL 32302

U.S. Trustee
Office of the US Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

David Michael Benham
Deedra Abernethy
535 Vulpes Sanctuary Loop
Crestview, FL 32536